IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                        **Case No. 00-40104-01/02-RDR**

WILLIAM LEONARD PICKARD
and CLYDE APPERSON,

        Defendants.

### O R D E R

This matter is presently before the court upon the government's motion to extend deadline to respond to defendants' Fed.R.Civ.P. 60(b) motions. For various reasons, the government seeks an additional two weeks or until December 8, 2010 in which to file its responses. The government notes that efforts to contact defendants' counsel about the proposed extension were unsuccessful.

For the reasons stated, the court shall grant the government's motion. The court finds that this extension will not prejudice the defendants. The court shall allow the government until December 8, 2010 to file its responses to defendants' motions.

**IT IS THEREFORE ORDERED** that the government's motion to extend deadline to respond to defendants' motions (Doc. # 646) be hereby granted. The government shall have until December 8, 2010 in which to file its responses.

**IT IS SO ORDERED.**

Dated this 7th day of December, 2010 at Topeka, Kansas.

                                      s/Richard D. Rogers
                                      United States District Judge