Prob 12B (7/93)
(D/KS 12/19)

PACTS# 3118233

# United States District Court
## for the
## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender: **Clyde Apperson**        Case Number: **1083 5:00CR40104-02**

Sentencing Judicial Officer: Honorable Richard D. Rogers, Sr. U.S. District Judge

Date of Original Sentence: 11/25/2003

Original Offense: Conspiracy to Manufacture, Distribute and Dispense 10 grams or more of LSD, violation of 21 USC § 846, a class A felony; Possession with Intent to Distribute 10 grams for more of LSD, violation of 21 USC § 841(a)(1), a class A felony

Original Sentence: 360 months Prison, 5 years Supervised Release

Type of Supervision: BOP custody        Date Supervision Commenced: In BOP custody, release date 10/11/2028

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.
☒ To modify the conditions of supervision as follows:

**You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.**

**You must follow the instructions of the probation officer related to the conditions of supervision.**

**You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

**You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

Prob 12B -2-
*Name of Offender: Clyde Apperson*                                            *Case Number: 1083 5:00CR40104-002*

**You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods.**

**You must not go to or remain at any place where you know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer. Except as authorized by court order, you must not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, you must not enter any location where marijuana or marijuana derivatives are dispensed, sold, packaged, or manufactured.**

**You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.**

**The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

## CAUSE

On November 25, 2003, Mr. Apperson was sentenced in the District of Kansas by the Honorable Richard D. Rogers, Sr. U.S. District Judge, to 360 months custody and 5 years supervised release for the above reference drug convictions. He is currently in custody of the Bureau of Prisons with a release date of October 11, 2028. However, he is being considered for release to home confinement. He is proposing to release to the District of Oregon to reside with his sister and brother-in-law. The District of Oregon has requested the modification of conditions in order to accept his case for supervision.

The offender was presented a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of the right to counsel and a hearing on the matter, the offender elected to sign the waiver document. The waiver is on file with the probation office and is available for review upon request.

Prob 12B
*Name of Offender: Clyde Apperson*

-3-

*Case Number:  1083 5:00CR40104-002*

Respectfully submitted,

by  *Brooke Paulson* (signature)

Brooke Paulson
Supervising U.S. Probation Officer
Date:  02/26/2020

Approved:

*Melissa L Goldsmith* (signature)

Melissa Goldsmith, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:

/s/ J. Thomas Marten
Signature of Judicial Officer

June 4, 2020
Date